UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EDWARD MARIA

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20mj09664

Defendant EDWARD MARIA hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or  X  teleconferencing:

X    Initial Appearance Before a Judicial Officer

     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X    Bail/Detention Hearing

___  Conference Before a Judicial Officer


  s/ Edward Maria, by the Court, w/permission       s/ Glenn Obedin, by the Court, w/permission
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

EDWARD MARIA                                        0GLENN OBEDIN
Print Defendant's Name                              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

September 10, 2020                                  _____
Date                                                U.S. District Judge/U.S. Magistrate Judge